DOUGLAS J. CLARK, State Bar No. 171499
CYNTHIA A. DY, State Bar No. 172761
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

JENNY L. DIXON, State Bar No. 192638
CLAUDIA N. MAIN, State Bar No. 212200
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
SHAW HONG, RAYMOND WU, JOHN T. ROSSI, EDWARD C.V. WINN and JOSEPH JENG and Nominal Defendant OMNIVISION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re OMNIVISION TECHNOLOGIES, INC. | MASTER FILE NO.: C-04-2297 SC |
| | STIPULATION AND [PROPOSED] ORDER OF JUDGMENT AND DISMISSAL |
| This Document Relates To: | |
| *Torriani v. Hong*, Case No. C-04-2443 (Derivative Action) | |
| *Betts v. Hong*, Case No. C-04-2518 (Derivative Action) | |

1  WHEREAS, on October 26, 2004, the Court issued an order granting Nominal Defendant's
2  Motion to Dismiss and the Individual Defendants' Motion to Dismiss in *Torriani v. Hong*, Case
3  No. C-04-2443 and *Betts v. Hong*, Case No. C-04-2518;

4  WHEREAS, pursuant to the Order, plaintiffs had thirty (30) days to file an amended
5  complaint; and

6  WHEREAS, plaintiffs failed to file an amended complaint and desire to dismiss these
7  actions.

8  THEREFORE, the parties by and through their respective counsel, hereby stipulate and
9  agree that:

10  (1)  This action shall be dismissed in its entirety;
11  (2)  Plaintiffs shall not file an appeal in this action; and
12  (3)  Each side shall bear its own costs and attorneys' fees.

14  Dated: January 5, 2005                    BRODSKY & SMITH, LLC

16                                    By:    /s/ Marc L. Ackerman
                                              Marc L. Ackerman

18                                           Two Bala Plaza, Suite 602
                                              Bala Cynwyd, PA 19004

20                                           GREEN WELLING LLP
                                              Robert S. Green
21                                           235 Pine Street. 15th Floor
                                              San Francisco, CA 94104

22                                           LAW OFFICES OF TYLER TOMLINSON
23                                           Tyler Tomlinson
                                              542 New Britain Road
24                                           Doylestown, PA 18901

25                                           Attorneys for Plaintiffs Torriani and Betts

| | | |
|---|---|---|
| 1 | Dated: January 10, 2005 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |

By:   /s/ Jenny L. Dixon
      Jenny L. Dixon

One Market, Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Defendants

I, Jenny L. Dixon, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order of Judgment and Dismissal. In compliance with General Order 45.X.B, I hereby attest that Marc L. Ackerman has concurred in this filing.

Dated January 10, 2005            WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation

By:   /s/ Jenny L. Dixon
      Jenny L. Dixon

Attorneys for Defendants

### ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation between the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is DISMISSED in its entirety; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that each party is to bear its own costs.

IT IS SO ORDERED.

Dated:   1/18/05

*IT IS SO ORDERED*
*Senior Judge Samuel Conti*

Samuel Conti
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER OF    -2-
JUDGMENT & DISMISSAL [C-04-2443/C-04-2518 SC]